IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Appeal of Amit Azoulay,      :
Idit Azoulay and Assaf Lavon,      :
          Appellants      :
          :
          v.      :      No. 1085 C.D. 2017
          :
Philadelphia Zoning Board of      :
Adjustment and City of Philadelphia      :
and Hillcrest Preservation Alliance,      :
LLC, and Friends of The Wissahickon   :

## **O R D E R**

NOW, October 29, 2018, having considered appellee's application for reconsideration/reargument and designated appellants' answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge